1 | LAWRENCE G. BROWN
Acting United States Attorney
2 | ROBIN R. TAYLOR
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2722

FILED

APR 0 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re Arrest Warrant and      )      2:09-mj-0116  DAD
Criminal Complaint:           )
                              )
    Stephanie Fahlgren, and   )      ORDER
    Michael Daves             )
                              )
         [sealed]             )
                              )
_____)

    For the reasons set forth in the declaration of Gregory

Robins, the Court hereby orders that: the Arrest Warrants,

Criminal Complaints, and related documents; as well as this

Application for Sealing Order and Order; are sealed. They shall

remain sealed until the arrest of the defendant, or by further

order of the court, whichever comes first.

DATED: _April 8_ , 2009

                              ~~KIMBERLY J. MUELLER~~ Dale A. Drozd
                              U.S. Magistrate Judge

2