1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

7  Attorney for Defendant
   MICHAEL LARGENT

8

9
                IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,      )  No. 2:09-cr-0321 MCE
14                                )
                 Plaintiff,       )
15                                )  STIPULATION AND ORDER CONTINUING
          v.                      )  CASE AND EXCLUDING TIME
16 STEPHANIE FAHLGREN,            )
   MICHAEL DAVES                  )
17                                )  Date:  October 15, 2009
                 Defendants.      )  Time:  9:00 a.m.
18                                )  Judge: Hon. Morrison C. England, Jr.
   _____  )
19

20    **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Robin Taylor, counsel for Plaintiff, Assistant Federal

22 Defender Jeffrey L. Staniels, and Michael B. Bigelow, counsel for

23 Defendants that the above case be dropped from this court's October 15,

24 2009, calendar, that it be continued until December 10, 2009, at 9:00

25 a.m., and that time be excluded between October 15, 2009, and December

26 10, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii)&(iv).

27    This continuance is sought in order to permit review and

28 consultation regarding recently received discovery, and for further

defense preparation including discussion of possible resolution without trial.

**IT IS SO STIPULATED**.

Dated:  October 14, 2009        /S/ Robin Taylor
                                ROBIN TAYLOR
                                Assistant United States Attorney
                                Counsel for Plaintiff


Dated:  October 14, 2009        /S/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Counsel for Defendant
                                STEPHANIE FAHLGREN

Dated:  October 14, 2009        /S/ Michael B. Bigelow
                                MICHAEL B. BIGELOW
                                Counsel for Defendant
                                MICHAEL DAVES

**O R D E R**

**IT IS SO ORDERED.**

Dated: October 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time        2