```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHAEL LARGENT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>     v.                         )<br>                                )<br>STEPHANIE FAHLGREN,             )<br>MICHAEL DAVES                   )<br>                                )<br>            Defendants.         )<br>                                )<br>_____ ) | No. 2:09-cr-00321 MCE<br><br>STIPULATION AND ORDER CONTINUING<br>CASE AND EXCLUDING TIME<br><br>Date:  October 15, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robin Taylor, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, and Michael B. Bigelow, counsel for Defendants that the above case be dropped from this court's October 15, 2009, calendar, that it be continued until December 10, 2009, at 9:00 a.m., and that time be excluded between October 15, 2009, and December 10, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii)&(iv).

///

///

1  This continuance is sought in order to permit review and
2 consultation regarding recently received discovery, and for further
3 defense preparation including discussion of possible resolution without
4 trial.

**IT IS SO STIPULATED.**

```
Dated:  October 16, 2009      /S/ Robin Taylor
                              ROBIN TAYLOR
                              Assistant United States Attorney
                              Counsel for Plaintiff


Dated:  October 16, 2009      /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Counsel for Defendant
                              STEPHANIE FAHLGREN

Dated:  October 16, 2009       /S/ Michael B. Bigelow
                              MICHAEL B. BIGELOW
                              Counsel for Defendant
                              MICHAEL DAVES
```

**O R D E R**

**IT IS SO ORDERED.**

Dated: October 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time        2