DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
STEPHANIE FAHLGREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-00321 MCE |
| Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| STEPHANIE FAHLGREN, MICHAEL DAVES | ) ) | |
| Defendants. | ) ) ) | Date:  December 10, 2009 Time:  9:00 a.m. Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robin Taylor, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels and Michael B. Bigelow, counsel for Defendants, that the above case be dropped from this court's December 10, 2009, calendar, that it be continued until January 28, 2010 at 9:00 a.m., and that time be excluded between December 10, 2009, and January 28, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii)&(iv), Local Code T-4.

///

1        This continuance is sought in order to permit further review and

2   consultation regarding received discovery, review of certain more

3   recent additional discovery at the office of the U.S. Attorney, and for

4   further defense preparation including discussion of possible resolution

5   without trial.

6        **IT IS SO STIPULATED.**

7

8   Dated:  December 8, 2009        /S/ Robin Taylor
                                    ROBIN TAYLOR
9                                   Assistant United States Attorney
                                    Counsel for Plaintiff
10

11

12  Dated:  December 8, 2009         /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
13                                  Assistant Federal Defender
                                    Counsel for Defendant
                                    STEPHANIE FAHLGREN
14

15  Dated:  December 8, 2009         /S/ Michael B. Bigelow
                                    MICHAEL B. BIGELOW
16                                  Counsel for Defendant
                                    MICHAEL DAVES

17

                              **O R D E R**

18

19       **IT IS SO ORDERED.**

20

     Dated: December 9, 2009

21

22

23  _____
    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

24

25

26

27

28