```
BENJAMIN B. WAGNER
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-cr-00321-MCE |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| STEPHANIE LYNN FAHLGREN, and | ) | |
| MICHAEL DAVES, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Stephanie Lynn Fahlgren, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 982(a)(2)(B) and 18 U.S.C. § 1029(c)(1)(C), defendant Stephanie Lynn Fahlgren's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a)  IBM Think Pad lap top, serial number KP99MDR;

    b)  Toshiba Lap Top and hard drive, serial number 58151994W and 38HOC2ULT;

    c)  Sony Vaio, serial number 285513306030379;

1	     d)	Palm Treo cell phone;
2	     e)	AST Lap Top, serial number 476AUD014650;
3	     f)	Apple I-Pod, 8 gig;
4	     g)	Apple I-Pod, 8 gig;
5	     h)	San Disk memory card;
6	     i)	W-Photo, 2 gig memory card; and
7	     j)	Sanyo Digital Camera.
8	  2.	The above-listed property is property constituting, or
9	derived from, proceeds obtained directly or indirectly, and/or
10	was property used or intended to be used to commit violations of
11	18 U.S.C. § 1029(a)(2).
12	  3.	Pursuant to Rule 32.2(b), the Attorney General (or a
13	designee) shall be authorized to seize the above-listed property.
14	The aforementioned property shall be seized and held by the
15	United States, in  its secure custody and control.
16	  4.	a.	Pursuant to 18 U.S.C. §§ 982(b)(1) and 1029(c)(2),
17	incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United
18	States shall publish notice of the order of forfeiture.  Notice
19	of this Order and notice of the Attorney General's (or a
20	designee's) intent to dispose of the property in such manner as
21	the Attorney General may direct shall be posted for at least 30
22	consecutive days on the official internet government forfeiture
23	site www.forfeiture.gov.  The United States may also, to the
24	extent practicable, provide direct written notice to any person
25	known to have alleged an interest in the property that is the
26	subject of the order of forfeiture as a substitute for published
27	notice as to those persons so notified.
28	     b.	This notice shall state that any person, other than

the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(2)(B) and 18 U.S.C. § 1029(c)(1)(C) in which all interests will be addressed.

IT IS SO ORDERED.

Dated: March 22, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE