```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
STEPHANIE FAHLGREN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-0321 MCE |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| STEPHANIE FAHLGREN, ) ) | |
| ) Defendants. ) ) _____ ) | Date:  May 27, 2010  Time:  9:00 a.m.  Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robin Taylor, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant, that the above case be dropped from this court's May 27, 2010, calendar, that it be continued until June 24, 2010 at 9:00 a.m., and that time be excluded between May 27, 2010, and June 24, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii)&(iv), Local Code T-4.

This continuance is sought in order to permit counsel to meet and confer regarding aspects of the presentence report which are not

1  consistent with terms of the parties' plea agreement.
2     **IT IS SO STIPULATED.**
3
4  Dated:  May 25, 2010              /S/ Robin Taylor
                                     ROBIN TAYLOR
5                                    Assistant United States Attorney
                                     Counsel for Plaintiff
6
7
8  Dated:  May 25, 2010              /S/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
                                     Assistant Federal Defender
9                                    Counsel for Defendant
                                     STEPHANIE FAHLGREN
10
11
12                            **O R D E R**
13     **IT IS SO ORDERED.**
14
15  Dated: May 26, 2010
16
                                     _____
17                                   MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE
18
...
28