```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:09-cr-00321-MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER RESETTING |
| v. | ) | STATUS CONFERENCE AND EXCLUDING |
| | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| STEPHANIE FAHLGREN, | ) | |
| | ) | DATE: August 12, 2010 |
| Defendant. | ) | TIME: 9:00 a.m. |
| _____ | ) | CTRM: Hon. Morrison C. England, Jr. |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Stephanie Fahlgren, by an through her counsel of record, Jeffrey Staniels, Esq., hereby submit this stipulation and proposed order regarding the status conference set for August 12, 2010. The parties desire to move this appearance to August 19, 2010. The defendant has been sentenced. Thus, the court need not exclude time under the Speedy Trial Act.

///

///

///

///

1

```
                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated: August 10, 2010         By:    /s/ Robin Taylor
                                      ROBIN TAYLOR
                                      Assistant U.S. Attorney
                                      Attorneys for Plaintiff


DATED: August 10, 2010         By:    /s/ Jeffrey Staniels
                                      JEFFREY STANTIELS
                                      Attorney for Defendant
```

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

Dated: August 11, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2