```
BENJAMIN B. WAGNER
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>STEPHANIE FAHLGREN,<br><br>　　　　　Defendant.<br>_____ | No. 2:09-cr-00321-MCE<br><br>STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>DATE: August 26, 2010<br>TIME: 9:00 a.m.<br>CTRM: Hon. Morrison C. England, Jr. |

　　　The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Stephanie Fahlgren, by an through her counsel of record, Jeffrey Staniels, Esq., hereby submit this stipulation and proposed order regarding the status conference set for August 19, 2010. The parties desire to move this appearance to August 26, 2010. The defendant has been sentenced. Thus, the court need not exclude time under the Speedy Trial Act.

///

///

///

///

```
                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: August 16, 2010          By:   /s/ Robin Taylor
                                        ROBIN TAYLOR
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff


DATED: August 16, 2010          By:   /s/ Jeffrey Staniels
                                        JEFFREY STANTIELS
                                        Attorney for Defendant
```

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

Dated: August 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2