DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEPHANIE FAHLGREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-00321-MCE |
| Plaintiff, | |
| v. | **ORDER IMPOSING RESTITUTION** |
| STEPHANIE FAHLGREN, | Judge: Hon. Morrison C. England, Jr. (In Chambers) |
| Defendants. | |

The above matter appeared on this court's criminal calendar on September 16, 2010, for a final determination of the amount of restitution owed by Ms. Fahlgren in connection with this case. Counsel for Ms. Fahlgren advised that Ms. Fahlgren was serving the previously imposed sentence of incarceration at the Federal Correctional Institution at Dublin, California, and he waived her presence for this proceeding.

///

///

A memorandum listing amounts of restitution owed to various institutions and individuals prepared by the United States Probation Office is attached hereto and incorporated herein.  Counsel for both parties advised that they have received and reviewed this memorandum. Both concurred that the total amount of $7457.93 should be ordered as the amount of restitution to be paid in this case and that payment should be made to the named institutions and individuals as set forth in that memorandum.

**WHEREFORE** it is ordered that Stephanie Fahlgren pay restitution as itemized in the attached memorandum in the total amount of $7457.93. The clerk of court and the U.S. Probation Office are directed to prepare an amended judgment and commitment order incorporating this order of restitution.

**IT IS SO ORDERED.**

Dated: September 16, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**Fahlgren Restitution**
2:09CR00321-01

| Date | Victim | Retail Establishment | Amount |
|---|---|---|---|
| 09/14/2008 | Kyle H | Walmart | 459.76 |
| 09/15/2008 | Stephen D. | Walmart | 598.00 |
| 09/15/2008 | Stephen C. | Walmart | 488.00 |
| 09/15/2008 | David G. | Walmart | 498.00 |
| 09/29/2008 | Daniel F. | Walmart | 278.26 |
| 11/08/2008 | Michael H. | Walmart | 107.86 |
| **Total For Walmart** | | | **$2,429.88** |

Restitution address:

Walmart
Attn: Melissa Johnson
Sr. Manager, Recovery Asset Protection
702 S. W. 8th Street
Bentonville, Arkansas 72712-0815

| | | | |
|---|---|---|---|
| Unknown | Jonathan N. | Target | 214.36 |
| 10/07/2008 | Ramona A. | Target | 196.07 |
| 10/09/2008 | Mark A. V. | Target | 205.81 |
| 11/05/2008 | Ravi W. | Target | 244.86 |
| **Total For Target** | | | **$861.10** |

Restitution address:

Target
Attn: Target Asset Protections Recovery
1000 Nicollet
Mail Stop TPS 2084
Minneapolis, Minnesota 55403

| | | | |
|---|---|---|---|
| 10/05/2008 | Mark A. V. | Kay Jewelers | 845.77 |
| 10/07/2008 | Mark A. V. | Kay Jewelers | 963.98 |
| **Total For Kay Jewelers** | | | **$1,809.75** |

Restitution address:

Restitution Order   3

Kay Jewelers
Attn: Credit Fraud Department
375 Ghent Road
Akron, Ohio 44333

| **Total Restitution to Retail Victims** | **$5,100.73** |
|---|---|

| **Individual Victims** | **Restitution Amount** |
|---|---:|
| Michael M. | 1,000.00 |
| Robert S. | 1,000.00 |
| Cheryl D. | 200.00 |
| David K. | 157.20 |
| **Total** | **$2,357.20** |

**Total Restitution Order: $7,457.93**