```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00321-MCE |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| STEPHANIE LYNN FAHLGREN, and MICHAEL DAVES, | |
| Defendants. | |

WHEREAS, on or about March 23, 2010 and September 8, 2010, this Court entered Preliminary Orders of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C), based upon the plea agreements entered into between plaintiff and defendants Stephanie Lynn Fahlgren and Michael Daves forfeiting to the United States the following property:

    a) IBM Think Pad lap top, serial number KP99MDR;
    b) Toshiba Lap Top and hard drive, serial number 58151994W and 38HOC2ULT;
    c) Sony Vaio, serial number 285513306030379;
    d) Palm Treo cell phone;
    e) AST Lap Top, serial number 476AUD014650;
    f) Apple I-Pod, 8 gig;
    g) Apple I-Pod, 8 gig;
    h) San Disk memory card;
    i) W-Photo, 2 gig memory card; and
    j) Sanyo Digital Camera.

1    AND WHEREAS, beginning on April 29, 2010 and September 10,
2 2010, for at least 30 consecutive days, the United States
3 published notice of the Court's Orders of Forfeiture on the
4 official internet government forfeiture site www.forfeiture.gov.
5 Said published notices advised all third parties of their right
6 to petition the Court within sixty (60) days from the first day
7 of publication of the notices for a hearing to adjudicate the
8 validity of their alleged legal interest in the forfeited
9 property;
10    AND WHEREAS, the United States sent direct written notice by
11 certified mail to Patricia Velasco;
12    AND WHEREAS, the Court has been advised that no third party
13 has filed a claim to the subject property, and the time for any
14 person or entity to file a claim has expired.
15    Accordingly, it is hereby ORDERED and ADJUDGED:
16    1.  A Final Order of Forfeiture shall be entered forfeiting
17 to the United States of America all right, title, and interest in
18 the above-listed property pursuant to 18 U.S.C. §§ 982(a)(2)(B)
19 and 1029(c)(1)(C), to be disposed of according to law, including
20 all right, title, and interest of Stephanie Lynn Fahlgren and
21 Michael Daves.
22    2.  All right, title, and interest in the above-listed
23 property shall vest solely in the name of the United States of
24 America.
25 ///
26 ///
27 ///
28 ///

1      3.  The U. S. Marshals Service shall maintain custody of and
2 control over the subject property until it is disposed of
3 according to law.
4      IT IS SO ORDERED.

Dated: March 2, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE